Assault and battery. San Juan. January 26, 1920. *Withdrawn.*

No. 1459. PEOPLE, APPELLEE, *v.* OLMO, APPELLANT.—Assault and battery. Arecibo. January 26, 1920. *Affirmed.*

No. 1455. PEOPLE, APPELLEE, *v.* SANTIAGO, APPELLANT.—Breach of peace. Mayagüez. January 26, 1920. *Affirmed.*

No. 2172. GONZÁLEZ ET AL., APPELLANTS, *v.* QUIÑONES ET AL., APPELLEES. — Contract, etc. Humacao. January 27, 1920. *Dismissed.*

No. ——. PEOPLE, APPELLEE, *v.* BARADO, APPELLANT.—Violation of section 260 of the Penal Code. San Juan. January 29, 1920. *Withdrawn.*

No. 1463. PEOPLE, APPELLEE, *v.* PADILLA, APPELLANT.—Public health. Mayagüez. January 29, 1920. *Affirmed.*

No. 274. BARCELÓ, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Humacao. January 30, 1920. *Denied.*

No. 1461. PEOPLE, APPELLEE, *v.* CRUZ, APPELLANT.—Public health. Mayagüez. February 3, 1920. *Affirmed.*

No. 1464. PEOPLE, APPELLEE, *v.* RODRÍGUEZ ET AL., APPELLANTS.—

No. 1465. PEOPLE, APPELLEE, *v.* RODRÍGUEZ ET AL., APPELLANTS.—

No. 1466. PEOPLE, APPELLEE, *v.* SANDOVAL, APPELLANT.—